JS - 6/ENTER

FILED

AUG - 8 2011

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY                                   DEPU

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| CUAUHTEMOC A. REYES,<br><br>       Petitioner,<br><br>       v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>       Respondent. | ) ) ) ) ) ) ) ) ) | Case No. SACV 11-0531-MLG<br><br>JUDGMENT |

    IT IS ADJUDGED that the petition is denied with prejudice.

Dated: August 8, 2011

_____
Marc L. Goldman
United States Magistrate Judge